```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

JUSTIS COLON, and ARIEL MARTINEZ,

                Defendant.

22 Cr. 0545 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a status conference in this matter for February 10, 2023 at 11:30 AM.

**SO ORDERED.**

Dated:    28 October, 2022
              New York, New York

*[signature]*
Victor Marrero
U.S.D.J.