

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2023
```

February 6, 2022

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Justis Colon and Ariel Martinez,* 22 Cr. 545 (VM)

Dear Judge Marrero:

    A status conference in the above-captioned matter is presently scheduled for February 10, 2023, at 11:30 a.m. The parties have conferred, and jointly request an adjournment of the status conference for approximately 60 days. If it is convenient to the Court, the parties have also conferred about scheduling and are all available on the afternoon of April 14, 2023, as well as May 5, 2023.

    Should the Court grant the requested adjournment, the Government moves to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between February 10, 2023 and the date of the rescheduled conference. The Government submits that the exclusion of time would be in the interests of justice as it would allow the defendants to review discovery and contemplate potential pretrial motions. In addition, defense counsel consent to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    _____/s/_____
Michael R. Herman / Emily A. Johnson / Jun Xiang
Assistant United States Attorneys
(212) 637-2221 / 2409 / 2289

---

Request **GRANTED**. The Court hereby adjourns the status conference scheduled for February 10, 2023 at 11:30 AM until April 14, 2023 at 3:00 PM. It is also hereby ordered that time until April 14, 2023 shall be excluded from speedy trial calculations. This order of exclusion of time is made pursuant 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**
7 February, 2023    Victor Marrero, U.S.D.J.