LAW OFFICE OF
**MICHAEL K. BACHRACH**
224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
\-\-\-\-\-\-\-\-\-\-\-\-\-
TEL. (212) 929-0592 • FAX. (866) 328-1630

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2023

MICHAEL K. BACHRACH *
* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com
michael@mbachlaw.com

June 3, 2023

**By ECF**

The Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re: United States v. Colon and Martinez,*
*22 Cr. 545 (VM)*

Dear Judge Marrero:

I, along with Louis M. Freeman, represent Justis Colon in the above referenced matter and write, with the consent of the Government and counsel for co-defendant Ariel Martinez, to seek an adjournment of the status conference currently scheduled for June 9, 2023, at 9:30 a.m. I am advised by chambers that the Court would be available to hear this matter on July 21, 2023, at 9:30 a.m.

The requested adjournment is necessary to avoid multiple scheduling conflicts that I have on June 9, 2023. The need to adjourn the matter until July 21, 2023, rather than an earlier date, is to avoid either trial conflicts or vacation schedules for all attorneys involved. Should the Court grant this request, the Defendants consent to the exclusion of time under the Speedy Trial Act from June 9, 2023, to July 21, 2023.

As always, we thank Your Honor for your time and consideration.

Respectfully submitted,

Michael K. Bachrach
*Learned Counsel for Justis Colon*

---

Request **GRANTED**. The Court hereby adjourns the status conference scheduled for June 9, 2023 at 9:30 AM to Friday, July 21, 2023 at 9:30 AM. It is also hereby **ORDERED** that time until July 21, 2023 shall be excluded from speedy trial calculations. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**
Dated: 5 June, 2023

Victor Marrero
U.S.D.J.