# FREEMAN, NOOTER & GINSBERG
**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| LOUIS M. FREEMAN | | 75 MAIDEN LANE |
| THOMAS H. NOOTER | | SUITE 907 |
| LEE A. GINSBERG | | NEW YORK, N.Y. 10038 |
| ——— | | ——— |
| NADJIA LIMANI | | (212) 608-0808 |
| OF COUNSEL | | TELECOPIER (212) 962-9696 |
| ——— | | E-MAIL: FNGLAW@AOL.COM |
| CHARLENE RAMOS | | WWW.FNGLAW.COM |
| OFFICE MANAGER | | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2025
```

January 8, 2025

BY ECF
Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Justis Colon</u>
22 CR 545 (VM)

Dear Judge Marrero:

      With the consent of the government by AUSA Jun Xiang we write to request an adjournment of the sentence in the above-referenced case from January 10, 2025 for approximately 90 days to prepare for sentence. Thank you.

Respectfully Submitted,

/s/

_____
Louis M. Freeman

---

Request **GRANTED**. The Court hereby adjourns the sentencing scheduled for January 10, 2025, until April 11, 2025, at 1:00 pm.

**SO ORDERED.**     /s/ Victor Marrero, U.S.D.J.

Dated: January 10, 2025