USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/4/26_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                - against -<br><br>JUSTIS COLON,<br><br>                Defendant. | **22-CR-545 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the Defendant's letter motion for appointment of Curcio counsel (Dkt. No. 83) and supporting ex parte submission. The Court has reviewed the Defendant's ex parte submission, and not all the information therein appears to be privileged. Accordingly, the Defendant is directed to show cause within three (3) days of the date of this order why the letter motion should be considered ex parte and not shared with the Government. To the extent that the Defendant claims that any portion of the letter motion should not be shared with the Government, the Defendant shall specify such portions and the basis upon which the Defendant requests ex parte review.

Additionally, the Defendant is directed to clarify, with citations to relevant authorities, the conflict(s) requiring a Curcio hearing.

**SO ORDERED.**

Dated:      4 May 2026
            New York, New York

_____
            Victor Marrero
            U.S.D.J.