USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/13/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                - against -

JUSTIS COLON,

                Defendant.

---

**22-CR-545 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby appoints CJA counsel Andrea Zellan as independent counsel to the Defendant. Ms. Zellan is directed to review the filings related to the Defendant's request for appointment of Curcio counsel and to inform the Court of her view as to 1) whether the representations from the Defendant's counsel present any potential or actual conflict of interest and 2) whether any such conflict is waivable by the Defendant. The Court notes the parties' consent to Ms. Zellan's review of the Defendant's ex parte filings.

**SO ORDERED.**

Dated:     13 May 2026
           New York, New York

_____
          Victor Marrero
           U.S.D.J.